LAW OFFICES OF

# AARON RESNICK, P.A.
ATTORNEY AND COUNSELOR

Telephone: 305.672.7495  
Facsimile: 305.672.7496  
E-Facsimile: 866.606.6343  
Email: info@thefirmmiami.com

Thursday, February 03, 2011

New World Tower  
100 North Biscayne Boulevard  
Suite 1607  
Miami, Florida 33132

**VIA FACSIMILE AND ELECTRONIC MAIL** [dan@marhesefirm.com]

Daniel Marchese, Esq.  
93 Spring Street  
Suite 300  
Newton, NJ 07860

      **RE:   Maya Swimwear, LLC v. Maya Swimwear Corp. and Carolina Dinardi**

Dear Mr. Marchese,

As you know, we represent the interests of Maya Swimwear, LLC ("Maya"). We have been retained to file suit against Maya Swimwear Corp. ("Maya Corp.") and Carolina Dinardi ("Dinardi").

By way of the "Binding Letter of Intent for Exclusive Sales and Distribution of Maya Swimwear" (the "Exclusive Sales and Distribution Agreement") (as amended and expanded by the parties and reaffirmed) signed on September 28, 2003 between Maya and Dinardi/Maya Argentina, Maya has had, and does have an unfettered and exclusive right to sell the Maya Swimwear brand in the USA, México, Canada and the Caribbean (as well as additional countries and via the internet). The Exclusive Sales and Distribution Agreement was for 2 years with automatic 2 year renewals. It has never even been attempted to be cancelled by Dinardi (or Maya Corp. which was an inactive Florida corporation from 2004 to November 5, 2010) until October 13, 2010, when a business dispute between Maya and Dinardi over the 2011 Maya Swimsuit line resulted in her advising that she deemed the Exclusive Sales and Distribution Agreement to be terminated and demanded that Maya no longer sell Maya Swimwear bathing suits in its possession.

There is not a single communication between our clients, prior to that date, in which your clients asserted that the Exclusive Sales and Distribution Agreement was terminated, not in affect or not binding upon the parties. At worst, that Exclusive Sales and Distribution Agreement would expire on September 28, 2011. In fact, Dinardi, on September 28, 2010, made demand upon Maya to perform under Exclusive Sales and Distribution Agreement stating that:

> Reference is made to the Binding Letter of Intent for Exclusive Sales and Distribution of Maya Swimwear dated September 23, 2003 by and among Maya USA and Carolina Dinardi – Maya Argentina (hereinafter, "LOI").
>
> Pursuant to Article 16 of the LOI and e-mails dated June 23, 2010, July 19, 2010, July 23, 2010, July 28, 2010 and August 27, 2010, I formally remind you that Maya Swimwear' Collection 2011 has been developed and manufactured and its has been ready to be delivered to Maya USA as of July 2010.

We have been advised that your clients are currently attempting to sell the Maya Swimwear brand in the USA, México, Canada and the Caribbean (as well as additional countries and via the internet) in violation of the exclusivity clause in the Exclusive Sales and Distribution Agreement.

Your clients are advised that such actions must cease immediately. Any further attempts to violate the Exclusive Sales and Distribution Agreement will be met with a lawsuit and an emergency injunction to prevent same. In addition, any efforts to undermine the purpose of the Exclusive Sales and Distribution Agreement by your clients attempting to circumvent it in any manner shall not be tolerated. If necessary, we will have to inform third parties of the Exclusive Sales and Distribution Agreement and advise them that they will be interfering with it if they attempt to assist your clients in circumventing same.

We also note that despite repeated demand, you have refused to provide the shipping and customs documents related to the underlying product that you claim was shipped and not paid for in your December 17, 2010 demand letter. As such, we will assume that you have withdrawn such claims.

Let us be clear, irreparable damage has already been done by your clients' actions. If they continue such actions, our client will proceed accordingly.

As soon as you have had an opportunity to review this letter, please contact the undersigned and advise of your intentions. We are happy to work with you to get immediately resolution of this matter. If not, please advise if you will be accepting suit for your clients.

Regards,

Aaron Resnick, Esq.

cc: Client